UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
**"IN ADMIRALTY"**

CASE NUMBER: 2:23-cv-1098-JES-NPM

IN RE:
PETITION OF PAUL LILE, as owner of a 1988 11' Boston Whaler, hull identification number BWCL4445L788, her engines, tackle, and appurtenances,

    Petitioner.
_____/

IN RE:
PETITION OF DONALD DEUBLER, as owner of A 2021 32' Boston Whaler 320 Vantage Vessel, bearing hull identification no: BWCE0390G021, its engines, tackle, appurtenances, equipment etc., in a cause for Exoneration from or Limitation of Liability.

    Petitioner.
_____/

## **MOTION FOR ENTRY OF DEFAULT**

Petitioner, DONALD DEUBLER, as Owner of a 2021 32' Boston Whaler 320 Vantage Vessel bearing Hull Identification No.: BWCE0390G021, by and through undersigned counsel and pursuant to Supplemental Rule F (5) and the applicable Federal Rules of Civil

Procedure, hereby files this motion for entry of default against all persons and entities who failed to file claims or answers by the Monition deadline of May 7, 2024 [D.E. 10].  In support of this motion, Petitioner states as follows:

1. Petitioner instituted this action for exoneration from or limitation of liability on November 28, 2023. [D.E. 1].

2. Pursuant to 46 U.S.C. §30501, *et. seq.*, and Supplemental Rule F, Petitioner seeks exoneration or limitation of liability for all losses, injury, or damages alleged to have been sustained as the result of an incident that occurred on May 21, 2023, as more fully described in the Petition for Exoneration from or Limitation of Liability ("Petition"). [D.E. 1].

3. On March 12, 2024, this Court entered an Order establishing a Monition deadline of May 7, 2024, for Claimants to file claims or Answers to the Complaint. [D.E. 10].

4. On March 13, 2024, this Court entered a Notice to Claimants of Complaint for Exoneration from or Limitation of Liability.  [D.E. 11]. The Notice required all persons having claims for any damages or injuries, arising out of, or occurring as a result of the incident on May 21,

2023, to file their respective claims on or before May 7, 2024, or be defaulted.

5. In accordance with Supplemental Rule F(4) and Local Admiralty Rules 7.01(g) and 7.06(a), Petitioner published a copy of the Notice to Claimants of Complaint for Exoneration from or Limitation of Liability in the *Naples Daily News* on March 29, 2024 and April 5, 12, and 19, 2024. *See* Proof of Publication [D.E. 14-1].

6. Upon entry of the Orders setting the Monition deadline, Petitioner sent a copy of the Order to every known potential Claimant. Petitioner also sent copies of the Clerk's Notice to Claimants of Complaint for Exoneration from or Limitation of Liability.

7. In addition, upon receipt of any requests from potential Claimants or their counsel, Petitioner sent copies of the initial pleadings notifying them of these proceedings.

8. As of the date of this motion, all potential known claimants, Susan Morris, [D.E. 16] and Paul Lile [D.E. 18] have filed claims in this action.

9. No other persons or entities have filed a claim, answer, or other paper in these proceedings.

## **MEMORANDUM OF LAW**

Rule 55(b)(2) of the Federal Rules of Civil Procedure provides that a Court may enter a judgment by default upon application by a party entitled to judgment. Petitioner is entitled to default judgment. When a vessel owner files a complaint in district court for exoneration from or limitation of liability pursuant to 46 U.S.C. §30501, *et. seq.*, the Court is empowered to establish a monition period during which all claimants must file their respective claims under pain of default. *American Commercial Lines, Inc. v. U.S.,* 746 F.2d 1351, 1352 (8th Cir. 1984). This Court established a Monition deadline of May 7, 2024. All persons and entities known by Petitioner to have a potential claim resulting from the incident described in the Petition were mailed copies of the Court's Order setting the Monition deadline and the Clerk's notice to Claimants of Complaint for Exoneration from or Limitation of Liability. When requested, Petitioner provided copies of the Petition. In addition, Petitioner published the notice in the *Naples Daily News* for the period of time required by Supplemental Rule F and the Local Admiralty Rules of this Court.

All known Claimants (Susan Morris and Paul Lile) have filed

claims in this matter. No other persons or entities have filed any paper in this matter. Therefore, it is proper for the Court to enter a default against every person or entity who has not filed a claim in this action. *Texas Gulf Sulphur Co. v. Bluestack Towing Co.,* 313 F.2d 359, 261 (5th Cir. 1963) (district court's entry of default and denial of leave to file a late claim affirmed on appeal); *Olympia Development Group v. Non-Filing Claimants,* No. 8:09-cv-02230-VMC-AEP, 2010 WL 145887, 2010 U.S. Dist. Lexis 8300 (M.D. Fla. 2010) (granting motion for default against all persons and entities that had not filed a claim by the Monition deadline).

**Wherefore,** Petitioner, DONALD DEUBLER, as Owner of a 2021 32' Boston Whaler 320 Vantage Vessel bearing Hull Identification No.: BWCE0390G021, respectfully moves this Court to enter a Default against all persons and entitles who have failed to file claims or answer and barring the filing of any further claims or answers in this or any proceeding related to or arising out of the events described in the Petition.

Dated:     May 17, 2024

5

Respectfully submitted,

**McALPIN FLOREZ MARCOTTE, P.A.**
*Counsel for Petitioner Donald Deubler*
Brickell City Tower
80 S.W. 8th Street, Suite 2805
Miami, Florida 33130
Tel: (305) 810-5400
Fax: (305) 810-5401

By: /s/ *Daniel S. Marcotte*
Richard J. McAlpin, Esq.
rmcalpin@mfm-maritime.com
Florida Bar No. 438420
Daniel S. Marcotte, Esq.
dmarcotte@mfm-maritime.com
Florida Bar No. 52314

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 17, 2024 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Daniel S. Marcotte*
Daniel S. Marcotte, Esq.

6

## SERVICE LIST

Frank D. Butler, Esq.
FBN: 940585
fdblawfirm@aol.com
Griffin W. Sher, Esq.
FBN: 1023219
gsher@fightingforfamilies.com
**Frank D. Butler, P.A.**
10550 US Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Service: courtdocserve@fdblawfirm.com
Secondary: kallen@fightingforfamilies.com
*Attorneys for Respondent/Claimant Morris*

Charles S. Davant (Lead Counsel)
Florida Bar No. 15178
csd@davantlaw.com
Brandon Bushway
Florida Bar No. 1015247
beb@davantlaw.com
**DAVANT LAW, P.A**.
12 SE 7th Street, Suite 601
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400
Facsimile: (954) 332-2301
*Attorneys for Petitioner/Claimant Paul Lile*

Case 2:23-cv-01098-JES-NPM    Document 23    Filed 05/17/24    Page 8 of 8 PageID 135

8