# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**DONALD DEUBLER**,

    Plaintiff,

v.                                                       2:23-cv-1098-JES-NPM

**SUSAN MORRIS** and
**PAUL LILE**,

    Defendants.

---

## ORDER

This action concerns an incident that occurred on or about May 21, 2023, on the navigable waters of Naples Bay near Naples, Florida. In November of 2023, plaintiff Donald Deubler filed a complaint for exoneration from or limitation of liability. (Doc. 1). Thereafter, the court approved the interim security and directed notice to all potential claimants. And on pain of default, the court directed all potential claimants to file their claims or answers by May 7, 2024. (Doc. 10).

The deadline for receipt of claims and answers expired, and only Susan Morris and Paul Lile filed a claim or answered. (Docs. 15, 16, 18). Consequently, non-appearing potential claimants have been declared in default. (Doc. 31). And by defaulting for failing to answer, all non-appearing claimants admit that plaintiff is entitled to exoneration. Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required

- 2 -

and the allegation is not denied.").

Plaintiff has complied with the Civil Rules, the Supplemental Rules, and the court's Admiralty and Maritime Practice Manual. Accordingly, plaintiff's motion for default judgment (Doc. 23) is **granted**, and the clerk is directed to enter a default judgment of exoneration in favor of plaintiff against all non-appearing claimants.

**ORDERED** on June 18, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge