**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**DONALD DEUBLER**, et al,

    Plaintiffs,

v.                                                                            2:23-cv-1098-JES-NPM

**SUSAN MORRIS**,

    Claimant.

---

**ORDER**

Before the court is claimant Susan Morris's unopposed saving-to-suitors-clause motion. (Doc. 36). Subject to exoneration or limitation in this action, Morris may proceed with an action on her claim in state court. The parties must notify the court by **April 1, 2025,** and **quarterly** thereafter, concerning the status of this matter, and they must immediately inform the court of any resolution. This consolidated matter is stayed and the clerk is directed to add a **STAY** flag to the docket, cancel all scheduled events, and administratively close the case.

                                                     **ORDERED** on December 12, 2024

_/s/ Nicholas P. Mizell_
NICHOLAS P. MIZELL
United States Magistrate Judge
